U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAY 15 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOYCE BORDELON,<br>　　　Appellant | CIVIL ACTION<br>NO. CV06-476-A |
| VERSUS | |
| JO ANNE B. BARNHART, COMMISSIONER<br>OF SOCIAL SECURITY,<br>　　　Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Bordelon's appeal is GRANTED, the final decision of the Commissioner is REVERSED, and Bordelon's claim for benefits is GRANTED.

IT IS FURTHER ORDERED that Bordelon's case is REMANDED to the Commissioner for a determination of the amount of disability insurance benefits to which Bordelon is entitled.

THUS ORDERED AND SIGNED in Chambers at _ALEXANDRIA_, Louisiana, on this _15_ day of _May_, 2007.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE